UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THE NETHERLANDS INSURANCE COMPANY, a New Hampshire corporation, and PEERLESS INSURANCE COMPANY, a New Hampshire corporation,

    Plaintiffs,

v.

NORTHERN GROUP, INC., a Wisconsin corporation, OLEN RICE, a Wisconsin resident, and APTPOWERSPORT & UTILITY PRODUCTS, LLC, a Missouri limited liability company ,

    Defendants.

Case No.: 1:14-cv-00529-WCG

## ORDER FOR DISMISSAL

The parties having filed a Joint Motion for Dismissal, it is ordered that this case is hereby dismissed with prejudice and without costs.

SO ORDERED on July 1, 2015.

                                          s/ William C. Griesbach
                                          William C. Griesbach, Chief Judge
                                          United States District Court